POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>SO CAL EQUAL ACCESS GROUP<br>JASON KIM (SBN: 190246)<br>101 SOUTH WESTERN AVENUE SECOND FLOOR<br>LOS ANGELES, CA 90004<br>  TELEPHONE NO: (213) 205-6560   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*: DARWIN BOGGS | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
  STREET ADDRESS: 350 West 1st Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: Los Angeles, 90012
  BRANCH NAME: FIRST STREET U.S COURTHOUSE

| PLAINTIFF / PETITIONER: DARWIN BOGGS<br>DEFENDANT / RESPONDENT: TANNER CURTIS HARMON D/B/A CORE TIRE SALES; JOSE D. LOPEZ | CASE NUMBER:<br>5:25-cv-01849 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>13892096 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:                                       (Fed.R. Civ. P. 4(c)(2). "Service in compliance with federal rules of civil procedures")
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:   CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
3. a. Party served *(specify name of party as shown on documents served)*:
      JOSE D. LOPEZ
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   1075 West 5th Street, San Bernardino, CA 92411
5. I served the party *(check proper box)*
   a. [ ] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                    (2) at *(time)*:
   b. [X] **by substituted service**. On *(date)*: Mon, Aug 11 2025   at *(time)*: 10:57 AM   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Eric Doe, Manager
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: Mon, Aug 11 2025
         from *(city)*: UPLAND                                                                          or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure, § 417.10

| | |
|---|---|
| PLAINTIFF / PETITIONER: DARWIN BOGGS<br>DEFENDANT / RESPONDENT: TANNER CURTIS HARMON D/B/A CORE TIRE SALES; JOSE D. LOPEZ | CASE NUMBER:<br>5:25-cv-01849 |

5. c. ☐ **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*:    (2) from *(city)*:
    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
    ☐ other:

7. **Person who served papers**
  a. Name: Robert Branson
  b. Address: 440 NORTH MOUNTAIN AVENUE SUITE 115, UPLAND, CA 91786
  c. Telephone number: 909-850-5242
  d. **The fee** for service was:
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
      (i) ☐ owner  ☐ employee  ☒ independent contractor
      (ii) Registration No: PS-002366
      (iii) County: RIVERSIDE

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 08/27/2025

Robert Branson                                      */s/ Robert Branson*
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)    (SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: DARWIN BOGGS | CASE NUMBER: |
| DEFENDANT / RESPONDENT: TANNER CURTIS HARMON D/B/A CORE TIRE SALES; JOSE D. LOPEZ | 5:25-cv-01849 |

### DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

1) Unsuccessful Attempt: Aug 8, 2025, 9:28 am PDT at 1075 West 5th Street, San Bernardino, CA 92411
Per employee, recipient is not at this location.

2) Unsuccessful Attempt: Aug 9, 2025, 1:21 pm PDT at 1075 West 5th Street, San Bernardino, CA 92411
Per employee, recipient is not at this location.

3) Successful Attempt: Aug 11, 2025, 10:57 am PDT at 1075 West 5th Street, San Bernardino, CA 92411 received by Eric Doe, Manager. Age: 30; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 6'0"; Hair: Brown; Eyes: Brown

4) Unsuccessful Attempt: Aug 12, 2025, 2:29 pm PDT at 1075 West 5th Street, San Bernardino, CA 92411
Per employee, recipient is not at this location.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   08/27/2025

Robert Branson
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* REGISTERED PROCESS SERVER