SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DARWIN BOGGS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>TANNER CURTIS HARMON D/B/A CORE TIRE SALES; JOSE D. LOPEZ; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 5:25-cv-01849-WLH (MARx)<br><br>**Request for Entry of Default (as to Defendant JOSE D. LOPEZ)** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff DARWIN BOGGS hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant JOSE D. LOPEZ ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on Defendant as evidenced by the proof of service of summons on file.

//
//
//
//
//

REQUEST FOR ENTRY OF DEFAULT - 1

| | | |
|---|---|---|
| 1 | Dated: September 17, 2025 | **SO. CAL. EQUAL ACCESS GROUP** |
| 2 | | |
| 3 | | By:  /s/ *Jason J. Kim*_____ |
| 4 | | Jason J. Kim, Esq. |
| 5 | | Attorneys for Plaintiff |

SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DARWIN BOGGS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TANNER CURTIS HARMON D/B/A CORE TIRE SALES; JOSE D. LOPEZ; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 5:25-cv-01849-WLH (MARx)**<br><br>**Declaration of Jason J. Kim re: Request for Entry of Default (as to Defendant JOSE D. LOPEZ)** |

　　　1.　　I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California. I am the attorney of record for the Plaintiff DARWIN BOGGS ("Plaintiff") and, in that capacity, I am familiar with this matter.

　　　2.　　Federal Rule of Civil Procedure Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

　　　3.　　We have received no answer or other responsive pleading to the Complaint that was served on Defendant JOSE D. LOPEZ.

DECLARATION RE: REQUEST FOR ENTRY OF DEFAULT - 1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 17, 2025                             **SO. CAL. EQUAL ACCESS GROUP**

                                                     By:   /s/ *Jason J. Kim*
                                                           Jason J. Kim, Esq.
                                                           Attorneys for Plaintiff

---

DECLARATION RE: REQUEST FOR ENTRY OF DEFAULT - 2

PROOF OF SERVICE

I, Ricardo Torres, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On September 17, 2025, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

JOSE D. LOPEZ
1075 West 5th Street
San Bernardino, CA 92411

DOCUMENT(S): **Request for Entry of Default (as to Defendant JOSE D. LOPEZ); Declaration of Jason J. Kim Re: Request for Entry of Default (as to Defendant JOSE D. LOPEZ)**

(X)     BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )     BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )     BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )     BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )     ONLY BY ELECTRONIC TRANSMISSION: Only by e-mailing the document(s) to the persons at the e-mail address(es) listed. This is necessitated during the Coronavirus (Covid-19) pandemic because this office may be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on September 17, 2025, at Los Angeles, California.

*/s/ Ricardo*

PROOF OF SERVICE - 1