SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DARWIN BOGGS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>             Plaintiff,<br><br>     vs.<br><br>TANNER CURTIS HARMON D/B/A CORE TIRE SALES; JOSE D. LOPEZ; and DOES 1 to 10,<br><br>             Defendants. | Case No.: 5:25-cv-01849-WLH (MARx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TANNER CURTIS HARMON D/B/A CORE TIRE SALES** |

**PLEASE TAKE NOTICE** that Plaintiff DARWIN BOGGS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant TANNER CURTIS HARMON D/B/A CORE TIRE SALES ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: September 18, 2025  SO. CAL. EQUAL ACCESS GROUP

By:   /s/ *Jason J. Kim*
    Jason J. Kim
    Attorneys for Plaintiff

PROOF OF SERVICE

I, Ricardo Torres, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On September 18, 2025, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Tanner Curtis Harmon
1075 W. 5th Street
San Bernardino, CA 92411

DOCUMENT(S): **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TANNER CURTIS HARMON D/B/A CORE TIRE SALES**

(X)     BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )     BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )     BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )     BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )     BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on September 18, 2025, at Los Angeles, California.

_/s/ Ricardo_____

3

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**