SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
DARWIN BOGGS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TANNER CURTIS HARMON D/B/A CORE TIRE SALES; JOSE D. LOPEZ; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 5:25-cv-01849-WLH (MARx)<br><br>**NOTICE OF ERRATA RE ECF NO. 24** |

TO:   THE HONORABLE COURT AND THE CLERK

Plaintiff hereby submits this Notice of Errata.

The documents labeled as Stipulation to Set Aside Default was inadvertently filed as Ricardo Castro is not an attorney representing Defendant Jose D. Lopez and he was just assisting Defendant as a non-lawyer. Thus, Plaintiff requests that ECF No. 24 be taken out of the system and not considered by the Court.

DATED:  October 10, 2025            **SO. CAL EQUAL ACCESS GROUP**

　　　　　　　　　　　　　　　　　　　　　　 */s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　　　　　　JASON J. Kim
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF ERRATA - 1