# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>TANNER CURTIS HARMON D/B/A CORE TIRE SALES; JOSE D. LOPEZ; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 5:25-cv-01849-WLH (MARx)<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT [24] [26]** |

Based on the stipulation of the parties and for good cause shown:

GOOD CAUSE APPEARING, the default entered against Defendant JOSE D. LOPEZ is set aside. Defendant has thirty (30) days to file and serve its responsive pleading.

IT IS SO ORDERED.

DATED: October 16, 2025

_____
HON. WESLEY L. HSU,
UNITED STATES DISTRICT JUDGE