1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN BOGGS,<br><br>        Plaintiff,<br><br>v.<br><br>TANNER CURTIS HARMON D/B/A CORE TIRE SALES; JOSE D. LOPEZ; and DOES 1 to 10,<br><br>        Defendants. | Case No. 5:25-cv-01849-WLH (MARx)<br><br>**ORDER RE VACATING HEARING RE MOTION TO SET ASIDE DEFAULT [22]** |

Based on the Court's previous order filed on October 16, 2025, granting the stipulation of the parties and for good cause shown, the hearing scheduled for October 31, 2025, is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 24, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE